GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID (Cal. Bar No. 223912)
Assistant United States Attorney
Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6086 [Khorshid]
   Facsimile: (213) 894-7819 [Main]
   Email: Anoiel.Khorshid@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARYANN PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: CV08-04474 AHM (PLAx)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>Honorable A. Howard Matz |

Pursuant to the Stipulation for Compromise Settlement filed in the above-titled action by and between Defendant the United States of America and Plaintiff Maryann Perry, **IT IS HEREBY ORDERED:**

    1.    Plaintiff's action is dismissed with prejudice in its entirety;

    2.    Each party shall bear their own costs of suit and attorneys fees; and

    3.    The Court retains jurisdiction pending payment of the settlement.

Dated: <u>January 15, 2010</u>

**JS-6**

Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE